v.

**COMMERCE BANCORP, INC., Appellee.**

No. 05–1186.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

**In re Michael T. TRESE and George A Williams.**

No. 05–1268, 09/820, 159.

United States Court of Appeals, Federal Circuit.

Dec. 7, 2005.

Before MICHEL, Chief Judge, CLEVENGER and SCHALL, Circuit Judges.

Judgment

**PER CURIAM:**

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.